**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JUAN NAVARRO, | ) | NO. CV 08-6101-SJO(E) |
| | ) | |
|        Petitioner, | ) | |
| | ) | |
|    v. | ) | JUDGMENT |
| | ) | |
| JOSEPH WOODRING, | ) | |
| | ) | |
|        Respondent. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:  February 11, 2009.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE